**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1023

_____

NIKKI G. WILLIAMS,

        Plaintiff - Appellant,

    v.

TD BANK, N.A.,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:20-cv-04449-MGL)

_____

Submitted:  July 20, 2023                                        Decided:  July 24, 2023

_____

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Nikki G. Williams, Appellant Pro Se.  Lucas James Asper, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nikki G. Williams seeks to appeal the district court's order accepting the magistrate judge's recommendation and granting summary judgment in favor of defendant TD Bank, N.A., in Williams' action alleging violations of Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on December 5, 2022. Williams filed the notice of appeal on January 9, 2023. Because Williams failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2